**FILED**

**JAN 24 2020**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Samuel B. Johnson, )
)
    Plaintiff, )
)
       v. )   Civil Action No. 20-60 (UNA)
)
YELP, )
)
    Defendant. )
)

### ORDER DENYING *IN FORMA PAUPERIS* MOTION

Plaintiff has submitted to the Clerk of Court a complaint and an application to proceed *in forma pauperis* ("IFP"). Parties instituting a civil action are required to pay the applicable filing fee unless granted IFP status. *See* 28 U.S.C. §§ 1914, 1915. Whether to permit or deny an application to proceed IFP is within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir.), *cert. denied*, 488 U.S. 941 (1988); *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.), *cert. denied*, 375 U.S. 845 (1963). "[C]ourts will generally look to whether the person is employed, the person's annual salary, and any other property or assets the person may possess." *Schneller v. Prospect Park Nursing and Rehab. Ctr.*, No. 06-545, 2006 WL 1030284, *1 (E.D. Pa. Apr. 18, 2006), *appeal dismissed*, 2006 WL 3038596 (3d Cir. Oct. 26, 2006).

An individual need not "be absolutely destitute to enjoy the benefit of the [IFP] statute." *McKelton v. Bruno*, 428 F.2d 718, 719 (D.C. Cir. 1970), quoting *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). But a party should demonstrate that because of poverty, the party cannot "pay or give security for the costs . . . and still be able to provide [for] the necessities of life." *Id.* at 719-20 (internal quotation marks omitted).

Plaintiff reports an annual income of $70,000. Plaintiff's monthly expenses are modest, and he lists no extraordinary debt or financial obligations. The court therefore finds that plaintiff has not made the requisite showing to proceed IFP.

Accordingly, it is

**ORDERED** that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is **DENIED**. Plaintiff has 30 days from the filing date of this order to pay the $400 filing fee applicable to civil actions, or suffer dismissal of the case without prejudice.

DATE: January **23**, 2020

_____
United States District Judge