UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL B. JOHNSON, *Plaintiff*, v. YELP INC., *Defendant*. | Civil Action No. 20-60 (TJK) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held today, May 28, 2021, and the parties' Joint Report submitted pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 (ECF No. 20), the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. The parties shall serve their Fed. R. Civ. P. 26(a)(1) initial disclosures within the time period provided by Fed. R. Civ. P. 26(a)(1)(C);

2. The parties shall file any motions to join additional parties or to amend the pleadings by June 18, 2021;

3. The parties shall serve all discovery requests by June 30, 2021;

4. Discovery shall close on August 31, 2021; and

5. A post-discovery status conference is scheduled for September 17, 2021, at 9:00 a.m. via teleconference, in advance of which the parties shall confer to discuss a joint proposed summary judgment briefing schedule.

2

**SO ORDERED.**

/s/ Timothy J. Kelly<br>TIMOTHY J. KELLY<br>United States District Judge

Date: May 28, 2021