# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL B. JOHNSON,  )  )           *Plaintiff*,           )  )                                           v.           )  ) YELP INC.,           )  )           *Defendant*.           )  _____ ) | Civil Action No. 20-CV-60-TJK |

## JOINT PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE

Pursuant to the Court's October 12, 2021 Order, Plaintiff Samuel B. Johnson and Defendant Yelp Inc. jointly submit the following joint proposed summary judgment briefing schedule, and state as follows:

1. Discovery in this matter closed on September 30, 2021.

2. On October 12, 2021, the Court entered an Order referring this case to the Mediation Program for the United States District Court for the District of Columbia. *See* Dkt. 28.

3. The Court further ordered that the parties file a proposed summary judgment briefing schedule following the conclusion of mediation if mediation is unsuccessful. *See id.*

4. Mediation concluded on February 8, 2022 and was unsuccessful.

5. Defendant Yelp Inc. intends to file a motion for summary judgment. The parties propose the following briefing schedule:

- Yelp's Motion for Summary Judgment shall be due on April 15, 2022.

- Plaintiff's Opposition to Yelp's Motion for Summary Judgment shall be due on May 16, 2022.

- Yelp's Reply in Support of its Motion for Summary Judgment shall be due on June 15, 2022.

Dated: February 14, 2022                                                         Respectfully Submitted,

By:   /s/  *Samuel B. Johnson*                             By:   /s/  *Serine Consolino*
      Samuel B. Johnosn                                              Serine Consolino (Bar No. 1033847)
      655 Anacostia Ave. NE                                         AEGIS LAW GROUP LLP
      Washington, D.C. 20019                                       801 Pennsylvania Ave. NW
      (202) 642-6829                                                         Washington, D.C. 20004
      SBJConsultants@yahoo.com                              (202) 706-7031
                                                                                         sconsolino@aegislawgroup.com

      *Pro Se Plaintiff*                                                      *Counsel for Defendant Yelp Inc.*